## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATHAN SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:23-cv-00896-MN |
| | ) | |
| v. | ) | |
| | ) | |
| MAGENTA THERAPEUTICS, INC., | ) | JURY TRIAL DEMANDED |
| ALISON LAWTON, JEFFREY ALBERS, | ) | |
| BRUCE BOOTH, THOMAS DANIEL, | ) | |
| DAVID SCADDEN, ANNE MCGEORGE, | ) | |
| AMY RONNEBERG, and MICHAEL | ) | |
| VASCONCELLES, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated:  September 20, 2023

**LONG LAW, LLC**

By:   */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*